**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1327**

WILSON OCHAR,

        Plaintiff - Appellant,

   v.

LENTEGRITY; MERLEX AUTO GROUP,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  William B. Porter, Magistrate Judge.  (1:24-cv-00926-PTG-WBP)

Submitted:  May 22, 2025                                     Decided:  May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wilson Ochar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson Ochar seeks to appeal the magistrate judge's orders that, among other things, denied Ochar's motion to remove his civil action from arbitration and imposed a $100 sanction for filing a frivolous motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Ochar seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny Ochar's pending appellate motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*